IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

IN RE: GABINO TORRES and FABIOLA RIOS TORRES     CASE NO: 5:09-bk-75519 B
       DEBTORS     CHAPTER 13

## CHAPTER 13 ORDER DISMISSING CASE
## FOR VIOLATING STRICT COMPLIANCE ORDER

COMES NOW THE COURT and finds that an order was entered in the above styled case on March 11, 2010, requiring the debtors to make specific payments to the Trustee. The order further provided that the case was to be dismissed if payments were not submitted as required. The court finds that the payments have not been submitted as required, and therefore, the case should be, and hereby is, dismissed for failure of the debtors to comply with the court's order of March 11, 2010.

IT IS SO ORDERED.

Date: May 14, 2010        /s/ Ben T. Barry
       Ben T. Barry
       United States Bankruptcy Judge

cc: Joyce Bradley Babin, Trustee

     John Blair
     Blair & Brady, Attorneys At Law
     P O Box 1715
     Rogers, AR 72757

     Gabino Torres and Fabiola Rios Torres
     1207 East Kara Lane
     Rogers, AR 72758

GO 11-10b / CW / 195